In the Matter of EMRAY REALTY CORP., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.

Submitted October 10, 1955; decided November 23, 1955.

*Edward V. Alfieri* and *Nathan Heller* for motion.

*Arnold Schildhaus* opposed.

Motion to dismiss appeal denied.